UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANTEL H. SIMMONS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 13-34-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 3, 2014 (doc. no. 14). The plaintiff filed an objection which largely restates her prior arguments, and to the extent that the objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security Carolyn W. Colvin, denying plaintiff the applications for disability and supplemental security income benefits filed by plaintiff Shantel H. Simmons, is AFFIRMED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 20th day of November, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA